# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1576

American Chemicals & Equipment Inc. 401 (K) Retirement Plan

Appellant

v.

Principal Management Corporation and Principal Global Investors, LLC

Appellees

No: 16-1580

American Chemicals & Equipment Inc. 401 (K) Retirement Plan

Appellant

v.

Principal Management Corporation and Principal Global Investors, LLC

Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:15-cv-00302-JAJ)
(4:14-cv-00044-JAJ)
_____

**ORDER**

Appellant's motion to consolidate appeals Nos. 16-1576 and 16-1580 is granted, and the appeals are consolidated for briefing, submission and disposition. The parties shall observe the briefing schedule established on March 18, 2016 for No. 16-1580.

March 16, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans