# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-1712

American Chemicals & Equipment Inc. 401 (K) Retirement Plan

Appellee

v.

Principal Management Corporation

Appellant

Principal Global Investors, LLC

No: 16-1576

American Chemicals & Equipment Inc. 401 (K) Retirement Plan

Appellant

v.

Principal Management Corporation and Principal Global Investors, LLC

Appellees

No: 16-1580

American Chemicals & Equipment Inc. 401 (K) Retirement Plan

Appellant

v.

Principal Management Corporation and Principal Global Investors, LLC

Appellees

---

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:14-cv-00044-JAJ)
(4:15-cv-00302-JAJ)
(4:14-cv-00044-JAJ)

---

# ORDER

The appellant's motion to dismiss the cross- appeal is ordered taken with the case for consideration by the hearing panel to which the cases are assigned for disposition on the merits. The parties are directed to file briefs pursuant to the rules governing cross-appeals. See Fed. R. App. P. 28.1. The hearing panel may determine whether arguments raised by the cross-appellant are properly considered as a cross-appeal or as alternative grounds for affirmance.

Brief of American Chemicals & Equipment Inc. 401 (k) Retirement Plan are due 05/27/16.

May 03, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans